IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WALTER NAYMOLA, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00060 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| BERKLEY REGIONAL INSURANCE | § | |
| COMPANY and BERKLEY NATIONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER DISMISSING CASE WITHOUT PREJUDICE</u>

Before the Court is the Parties' Joint Motion to Dismiss Without Prejudice. [Dkt. 22].  The Parties have advised that they have reached an agreement with respect to the current dispute and request the Court dismiss this matter without prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of June, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge